[No. 19847-9-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY EDWARD GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-01062-5, D. Gary Steiner, J., entered July 10, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 19853-3-II.    Division Two.    February 28, 1997.]

*In the Matter of the Marriage of* GLENDA A. SWANSON, *Appellant, and* THOMAS F. GRACE, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-3-01065-3, M. Karlyn Haberly, J., entered September 8, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 19881-9-II.    Division Two.    February 28, 1997.]

DIANA MARLINE KISER, *Appellant*, v. CITY OF VANCOUVER, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 93-2-03313-7, Edwin L. Poyfair, J., entered August 17, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20227-1-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH SKILLINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-8-00053-7, Michael J. Sullivan, J. Pro Tem., entered November 29, 1995. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.